**Order entered December 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00920-CV**

**J.R., A JUVENILE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-20-00313-X**

**ORDER**

Before the Court is appellee's December 28, 2020 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **January 8, 2021**.

/s/    KEN MOLBERG
JUSTICE